KAREN L. LOEFFLER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) ) ) | COUNT 1: CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS |
| v. | ) ) ) | Vio. of 18 U.S.C. § 1956(h) |
| | ) ) | COUNT 2: |
| ANWAR KARRIEM HASAN, a/k/a "CHARLES ANTHONY BLANKENSHIP", and CHRISTOPHER ROBIN BRANCH, | ) ) ) ) ) | DRUG TRAFFICKING CONSPIRACY Vio. of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(C) |
| Defendants. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

**CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS**

From on or about January, 2010 through at least September, 2010, in the District of Alaska and elsewhere, defendants herein, ANWAR KARRIEM HASAN, a/k/a CHARLES ANTHONY BLANKENSHIP, CHRISTOPHER ROBIN BRANCH, and other persons both known and unknown to the grand jury, did knowingly combine, conspire, and agree with each other, and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, § 1956, to wit:

    (a)   to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is drug trafficking, with the intent to promote the carrying on of specified unlawful activity, that is drug trafficking, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, § 1956(a)(1)(A)(i).

//

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the money laundering conspiracy included, among others, the following:

Defendant CHRISTOPHER ROBIN BRANCH and other persons both known and unknown to the grand jury utilized deposits of cash and wire transfers to knowingly remit drug trafficking proceeds to coconspirators in Alaska and to ANWAR KARRIEM HASAN, a/k/a CHARLES ANTHONY BLANKENSHIP, a coconspirator in California, so as to finance the acquisition of additional narcotics. HASAN also received drug proceeds remitted as cash and wire transfers from Alaska coconspirators other than BRANCH.

All in violation of Title 18, United States Code, § 1956(h).

## COUNT 2

## DRUG TRAFFICKING CONSPIRACY

Beginning at some exact time unknown to the Grand Jury, but at least on or before January, 2010, and continuing to on or about April, 2011, both dates being approximate and inclusive, defendants ANWAR KARRIEM HASAN, a/k/a CHARLES ANTHONY BLANKENSHIP and CHRISTOPHER ROBIN BRANCH, within the District of Alaska and elsewhere, did knowingly

and intentionally combine, conspire, confederate and agree amongst themselves and with others both known and unknown to the Grand Jury, to distribute, and possess with intent to distribute, a detectable amount of oxycodone, in violation of Title 21, United States Code, §§ 841(a)(1).

All of which is in violation of Title 21, United States Code § 846, 841(a)(1) and (b)(1)(C).

A TRUE BILL.

  s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

 s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
United States of America
Assistant U.S. Attorney

 s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 12/17/13